| | |
|---|---|
| **ROUTH CRABTREE OLSEN, P.S.**<br>3535 FACTORIA BLVD. SE, SUITE 200<br>BELLEVUE, WA 98006<br>TELEPHONE   (425) 458-2121<br>FACSIMILE    (425) 458-2131 | Honorable Judge Philip H. Brandt<br>Chapter 13<br>Hearing Location: Seattle<br>Hearing Date: April 30, 2009<br>Hearing Time: 9:00 am<br>Response Date: April 23, 2009 |

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>Karen D Smith<br><br>                                                  Debtor. | No.:  08-13473-PHB<br><br>ORDER GRANTING RELIEF FROM STAY<br>To Countrywide Home Loans Servicing, LP, as servicer for the Bank of New York Mellon as Trustee for the Certificateholders of CWABS Asset-backed Notes Trust 2007-SD1 |

This matter came before the Court upon Countrywide Home Loans Servicing, LP, as servicer for the Bank of New York Mellon as Trustee for the Certificateholders of CWABS Asset-backed Notes Trust 2007-SD1's motion for relief from stay. It appears for the reasons stated in the motion that the stay should be lifted as to enforcement of the deed of trust that is the subject of Countrywide Home Loans Servicing, LP, as servicer for the Bank of New York Mellon as Trustee for the Certificateholders of CWABS Asset-backed Notes Trust 2007-SD1's motion and further as to the property located at 819 21st Avenue, Seattle, Washington 98122 ("Property") and legally described as set forth in the Deed of Trust attached as an exhibit to the motion. NOW, THEREFORE, IT IS HEREBY:

ORDERED that, pursuant to 11 U.S.C. § 362(d), the automatic stay is terminated as to Countrywide Home Loans Servicing, LP, as servicer for the Bank of New York Mellon as Trustee for the Certificateholders of CWABS Asset-backed Notes Trust 2007-SD1, its successors and assigns, so

Order Granting Relief From Stay
Page - 1

**ROUTH CRABTREE OLSEN, P.S.**
3535 FACTORIA BLVD SE, SUITE 200
BELLEVUE, WA 98006
TELEPHONE (425) 458-2121 ⬥ FACSIMILE (425) 458-2131

Case 08-13473-PHB    Doc 28    Filed 04/29/09    Ent. 04/29/09 11:43:00    Pg. 1 of 2

that it may pursue its state remedies to enforce its security interest in the Property and/or as to enforcement of the deed of trust that is the subject of Countrywide Home Loans Servicing, LP, as servicer for the Bank of New York Mellon as Trustee for the Certificateholders of CWABS Asset-backed Notes Trust 2007-SD1's motion. Creditor, its successors and assigns, may, at its option, offer, provide and enter into any potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement and may contact the Debtor via telephone or written correspondence to offer such an agreement, which shall be non-recourse unless included in a reaffirmation agreement.

IT IS FURTHER ORDERED that the order shall be effective immediately notwithstanding the provisions of F.R.B.P 4001(a)(3) and that the order shall be effective as to any chapter under which the present case may be converted absent further order of this court.

_____
Philip H. Brandt
United States Bankruptcy Judge
(Dated as of "Entered on Docket" date above)

Presented by:
**ROUTH CRABTREE OLSEN, P.S.**

/s/ Mark Moburg
Mark Moburg, WSBA# 19463
Attorneys for Creditor

Order Granting Relief From Stay
Page - 2

ROUTH CRABTREE OLSEN, P.S.
3535 FACTORIA BLVD SE, SUITE 200
BELLEVUE, WA 98006
TELEPHONE (425) 458-2121 ◆ FACSIMILE (425) 458-2131

Case 08-13473-PHB   Doc 28   Filed 04/29/09   Ent. 04/29/09 11:43:00   Pg. 2 of 2